# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SUSAN C. SMITH, | : | No. 839 MAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| CHRISTOPHER C. SMITH, | : | |
| Petitioner | : | |
| SUSAN C. SMITH, | : | No. 840 MAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| CHRISTOPHER C. SMITH, | : | |
| Petitioner | : | |
| SUSAN C. SMITH, | : | No. 841 MAL 2017 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| CHRISTOPHER C. SMITH, | : | |
| Petitioner | : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.